IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICHARD STANLEY MANESS                                          PLAINTIFF

    v.                          No. 05-2114

DISTRICT COURT OF LOGAN COUNTY,
NORTHERN DIVISION, et al.                                       DEFENDANTS

**ORDER**

Now on this 30th day of November 2005, comes on for consideration the report and recommendation filed herein on October 4, 2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 4.) Plaintiff has filed written objections to the report and recommendation. (Doc. 7.)

The court has reviewed this case *de novo* and finds that plaintiff's objections are without merit and that the Magistrate Judge's report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, plaintiff's complaint is dismissed on the grounds that plaintiff's claims are frivolous and fail to state claims. *See* 28 U.S.C. § 1915(e)(2)(B).

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE